UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CINDY THURMOND, etc.,

    Plaintiff,

v.                                Case No. 3:07-cv-385-J-25HTS

MICHAEL J. ASTRUE or
his designated successor,
Commissioner of Social
Security,

    Defendant.
_____

### O R D E R

On October 2, 2007, the Court entered an Order (Doc. #14; Order) directing the "Commissioner [to] initiate contact with Plaintiff's counsel to discuss consent to the jurisdiction of the magistrate judge." Order at 2. Ten (10) days was given for either the parties to submit a signed consent form or the Commissioner to file a notice "stating that the parties do not consent to the jurisdiction of a magistrate judge." *Id.* As of this date, no response has been filed. Accordingly, the parties shall have until November 9, 2007, to comply with the Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of October, 2007.

                                            /s/       Howard T. Snyder
                                            HOWARD T. SNYDER
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
     pro se parties, if any