UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CINDY THURMOND,**

    Plaintiff,

v.                                      CASE NO. 3:07-cv-385-J-25HTS

**MICHAEL J. ASTRUE** or
his designated successor,
Commissioner of Social Security,

    Defendant.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 18) recommending that the Commissioner's decision be reversed under sentence four of 42 U.S.C. § 405 (g). All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 18) is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is **reversed** and this case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405 (g) for further proceedings consistent with the Report and Recommendation.

3. The Clerk is directed to enter judgment for the Plaintiff pursuant to Fed.R.Civ.P. 58 and to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 28 day of April, 2008.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record